JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 690 -- In re New York City Housing Development Corporation Bond Redemption Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/05/16 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A THRU I -- Deft. New York City Housing Development Corporation -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 86/05/27 | | APPEARANCES: CARROLL E. NEESEMANN, ESQ. for Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.; LEWIS A. KAPLAN, ESQ. for New York City Housing Dev. Corp.; LAWRENCE SUCHAROW, ESQ. for David Sokol, et al.; JAMES E. SPIOTTO, ESQ. for Van Kampen Merritt Inc.; ROBERT W. GOTTLIEB, ESQ. for J. Henry Schroder Bank & Trust Co. (cds) |
| 86/05/28 | | APPEARANCE: DENNIS C. FLEISCHMANN, ESQ. for The Bank of New York (cds) |
| 86/06/02 | 2 | RESPONSE -- (to pldg. #1) Van Kampen Merritt, Inc. -- w/cert. of svc. (rh) |
| 86/06/02 | 3 | RESPONSE -- (to pldg. #1) David Sokol -- w/cert. of svc. (rh) |
| 86/06/02 | 4 | LETTER -- Re recent development -- filed by pltf. A-1 John Nuveen & Co., Inc. (action has been voluntarily dismissed) -- w/cert. of svc. and order (rh) |
| 86/06/02 | 5 | RESPONSE -- (to pldg. #1) J. Henry Schroder Bank & Trust Co. -- w/cert. of svc. (rh) |
| 86/06/09 | 6 | REPLY/BRIEF -- New York City Housing Development Corp. -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of defendant New York City Housing Development Corp. for transfer A-1 thru A-4. Notified involved counsel, clerks and judges. (tmq) 7/24/86, Buffalo, NY. |
| 86/06/30 | 7 | AMENDMENT TO MOTION (Pldg. #1), W/EXHIBITS AND CERT. OF SERVICE -- Adding A-5 Harvey Potkin, et al. v. New York City Housing Development Corp., et al., S.D. N.Y., C.A. No. 86-Civ-4701(RJW) -- Defts. New York City Housing Development Corp. -- Notified involved counsel (cds) |
| 86/07/17 | 8 | LETTER -- Movants recent developments re A-4 Sokol action -- and notice of additional action United States Trust Company v. New York City Housing Development Corp., w/cert. of service. (tmq) |

JPML FORM 1A

B.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/07/17 | | ORDER GRANTING WITHDRAWAL OF MOTION AND VACATING HEARING -- (A-1 thru A-5) Notified involved counsel, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 690 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re New York City Housing Development Corporation Bond Redemption Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 7-17-86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 690 -- In re New York City Housing Development Corporation Bond Redemption Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Nuveen & Co., Inc. v. New York City Housing Development Corp. | Ill.,N. Grady | 86-C-2583 | | | 5/27/86 D | |
| A-2 | Van Kampen Merritt, Inc. v. New York City Housing Development Corp. | Ill.,N. Grady | 86-C-2817 | | | | |
| A-3 | The Bank of New York v. New York City Housing Development Corp., et al. | N.Y.,S. Ward | 86-Civ-3274-(RJW) | | | | |
| A-4 | David Sokol v. Merrill Lynch & Co., Inc., et al. | N.Y.,E. Platt | CV-86-1417 | | | | |
| A-5 | Harvey Potkin, et al. v. New York City Housing Development Corp., et al. | N.Y.,S. Ward | 86-Civ-4701 (RJW) | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 690 -- In re New York City Housing Development Corporation Bond Redemption Litigation

---

JOHN NUVEEN & CO., INC. (A-1)
(NO APPEARANCE RECEIVED)
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, IL 60604

VAN KAMPEN MERRITT, INC. (A-2)
James E. Spiotto, Esq.
Chapman and Cutler
111 W. Monroe Street
Chicago, IL 60603

THE BANK OF NEW YORK (A-3)
Dennis C. Fleischmann, Esq.
Emmet, Marvin & Martin
48 Wall Street
New York, NY 10005

DAVID SOKOL (A-4)
Lawrence Sucharow, Esq.
Goodkind, Wechsler, Labaton & Rudoff
122 East 42nd Street
New York, NY 10168

RONALD POTKIN, ET AL. (A-5)
Paul M. Bernstein, Esquire
Bernstein, Litowitz, Berger
    & Grossmann
875 Third Avenue
New York, New York 10022

NEW YORK CITY HOUSING DEVELOPMENT CORP.
Lewis A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
345 Park Avenue
New York, NY 10154

J. HENRY SCHRODER BANK & TRUST CO.
Robert W. Gottlieb, Esq.
Rosenman Colin Freund Lewis & Cohen
575 Madison Avenue
New York, NY 10022

GOLDMAN SACHS & CO.
MERRILL LYNCH & CO., INC.
MERRILL LYNCH, PIERCE,
   FENNER & SMITH, INC.
Carroll E. Neesemann, Esq.
Parker Auspitz Neesemann & Delehanty
415 Madison Avenue
New York, NY 10017

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 690 -- In re New York City Housing Development Corporation Bond Redemption Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| New York Housing Development Corp. | A-1, A-2, A-3, A-4, A-5 |
| J. Henry Schroder Bank & Trust Company | A-3 |
| ✓ Merrill Lynch & Co., Inc. | A-4, A-5 |
| ✓ Merrill Lynch, Pierce, Fenner & Smith Inc. | A-4, A-5 |
| Golden Sachs & Co. | A-5 |