JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 17 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 690

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION BOND REDEMPTION LITIGATION

ORDER GRANTING WITHDRAWAL OF MOTION
AND VACATING HEARING

    On May 16, 1986, defendant New York City Housing Development Corporation (HDC) moved the Panel to transfer under 28 U.S.C. §1407 two actions pending in the Northern District of Illinois and one action pending in the Eastern District of New York to the Southern District of New York for coordinated or consolidated pretrial proceedings with one action pending there. HDC later moved to amend its motion on June 30, 1986, to include an additional action pending in the Southern District of New York. One of the Illinois actions was voluntarily dismissed on May 22, 1986; the Eastern District of New York action was ordered transferred to the Southern District of New York under 28 U.S.C. §1404 on June 23, 1986; and the remaining Illinois action was ordered transferred to the Southern District of New York under 28 U.S.C. §1404 on July 15, 1986. HDC, recognizing that all actions subject to its motion for transfer to a single district under Section 1407 are now already pending in a single district, has moved to withdraw its Section 1407 transfer motion on mootness grounds.

    IT IS THEREFORE ORDERED that HDC's request to withdraw its motion, as amended, for Section 1407 centralization of the actions listed on the attached Schedule A be, and the same hereby is, GRANTED.

    IT IS FURTHER ORDERED that the hearing order filed on June 20, 1986, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

                                   FOR THE PANEL:

                                   Andrew A. Caffrey
                                   Chairman

SCHEDULE A

<u>MDL-690 -- In re New York City Housing Development Corporation Bond Redemption Litigation</u>

<u>Northern District of Illinois</u>

<u>John Nuveen & Co., Inc. v. New York City Housing Development Corporation</u>, C.A. No. 86-C-2583

<u>Van Kampen Merritt, Inc. v. New York City Housing Development Corporation</u>, C.A. No. 86-C-2817

<u>Eastern District of New York</u>

<u>David Sokol v. Merrill Lynch & Co., Inc., et al.</u>, C.A. No. CV-86-1417

<u>Southern District of New York</u>

<u>The Bank of New York v. New York City Housing Development Corp., et al.</u>, C.A. No. 86-CIV-3274(RJW)

<u>Harvey Potkin, et al. v. New York City Housing Development Corp., et al.</u>, C.A. No. 86-CIV-4701(RJW)